**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION**
**WITH CONSENT OF THE OFFENDER**

(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | LANCE ALLEN CORFIELD |
| **Docket Number:** | 1:03CR05439-01 OWW |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | February 9, 2004 |
| **Original Offense:** | 18 USC 371, Conspiracy to Manufacture and to Pass Counterfeit Currency |
| **Original Sentence:** | 15 months BOP, 36 months supervised release, $100 special assessment, $100 in restitution. |
| **Special Conditions:** | 1) Search and seizure; 2) Financial restrictions; 3) Financial access; 4) Shall not dispose of any assets; 5) Participate in a correctional treatment program to obtain assistance for drug or alcohol abuse; 6) Drug testing; and 4) Participate in a co-payment plan for treatment. |
| **Other Court Action:** | 05/10/2005: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan, requiring him to participate in group counseling.<br><br>09/23/2005: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan, requiring continued participation in community based treatment. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | December 03, 2004 |

---

**PETITIONING THE COURT**

[X]     To modify the conditions of supervision as follows:

1.   The offender shall reside at the Comprehensive Sanction Center-Turning Point for a period not to exceed 120 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The offender shall pay the cost of confinement as determined

**RE:** Corfield, Lance
**Docket Number:** 1:03CR05439-01 OWW

by the Bureau of Prisons. Furthermore, the offender shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

## NON-COMPLIANCE SUMMARY

1. **ILLICIT DRUG USE (DATES) - Methamphetamine (November 16, 2005, November 21, 2005, November 29, 2005, and December 1, 2005)**

**Details of alleged non-compliance:** On November 16, 2005, November 21, 2005, November 29, 2005, and December 1, 2005, the defendant submitted urine samples which revealed the use of methamphetamine, in violation of the condition that he not use any controlled substance.

## JUSTIFICATION

On November 16, 2005, November 21, 2005, November 29, 2005, and December 1, 2005, the defendant submitted urine samples which revealed the use of methamphetamine. The defendant admits he has again relapsed and cited issues with his girlfriend as the reason for his continued drug use. The defendant does not appear to be capable of leading a drug-free lifestyle at this time and seems to need a structured environment in which to attend counseling. The defendant was given an opportunity to attend counseling in a community based setting; however, he seems to have resumed using narcotics when confronted with ordinary problems.

Therefore, based upon the defendant's inability to abstain from illicit drug use, it is recommended he be placed into a community corrections center for a period not to exceed 120 days. This officer believes a public law placement at a community corrections center will help him refrain from drug use, while also allowing him maintain his current employment. Further, such placement will allow the probation office to closely monitor his efforts towards these goals. It should be noted he has acknowledged his willingness to modify his conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

Respectfully submitted,

*/s/ Tim Mechem*

**Tim Mechem**
United States Probation Officer
Telephone: (559) 498-7396

**DATED:**   December 15, 2005
Fresno, California

**Reviewed by:**   /s/ Bruce Vasquez
Bruce A. Vasquez
Supervising United States Probation Officer

Rev. 02/2000
PROB12B.MRG

RE:  Corfield, Lance
     **Docket Number: 1:03CR05439-01 OWW**

---

**THE COURT ORDERS:**

x  **Modification approved as recommended.**

☐  **Modification not approved at this time.  Probation Officer to contact Court.**

☐  **Other:**

December 14, 2005    /s/ OLIVER W. WANGER

**Date**              **Name of Judicial Officer**

cc:  United States Probation
     Assistant United States Attorney
     Assistant Federal Defender
     Defendant
     Court File

3

Rev. 02/2000
PROB12B.MRG