PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT AND RECOMMENDATION OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | LANCE ALLEN CORFIELD |
| **Docket Number:** | 1:03CR05439-01 OWW |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | February 9, 2004 |
| **Original Offense:** | 18 USC 371, Conspiracy to Manufacture and to Pass Counterfeit Currency |
| **Original Sentence:** | 15 months BOP, 36 months supervised release, $100 special assessment, $100 in restitution. |
| **Special Conditions:** | 1) Search and seizure; 2) Financial restrictions; 3) Financial access; 4) Shall not dispose of any assets; 5) Participate in a correctional treatment program to obtain assistance for drug or alcohol abuse; 6) Drug testing; and 4) Participate in a co-payment plan for treatment. |
| **Other Court Action:** | 05/10/2005: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan, requiring him to participate in group counseling.<br><br>09/23/2005: The Court was notified of the defendant's illicit drug use and approved the probation officer's plan, requiring continued participation in community based treatment.<br><br>12/13/2005: The Court was notified of the defendant's illicit drug use and approved a plan to modify his conditions, requiring him to reside in the Comprehensive Sanction Center for a 120 days. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | December 03, 2004 |

**NON-COMPLIANCE SUMMARY**

RE:     **CORFIELD, LANCE ALLEN**
       **Docket Number:  1:03CR05439-01 OWW**

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.     **ILLICIT DRUG USE (DATES)  - Methamphetamine (December 8, 2005)**

**Details of alleged non-compliance:** On December 8, 2005, the defendant submitted a urine sample which revealed the use of methamphetamine, in violation of the condition that he not use any controlled substance.

**United States Probation Officer Plan/Justification:**   Due to his illicit drug use, the defendant is currently in the Comprehensive Sanction Center, Turning Point, for a period of 120 days. Prior to his arrival in Turning Point, the defendant was using methamphetamine on a regular basis and it appears the above noted drug use took place during that period of time. Given the fact the defendant is currently participating in treatment and seems to be doing well, the probation officer is recommending that no action be taken at this time.

Respectfully submitted,

Tim Mechem

**TIM MECHEM**
**United States Probation Officer**
Telephone:  (559) 498-7396

**DATED:**     January 17, 2006
             Fresno, California
             TDM

**REVIEWED BY:**     _/s/ Bruce Vasquez_
                           **Bruce A. Vasquez**
                           **Supervising United States Probation Officer**

**RE:     CORFIELD, LANCE ALLEN**
         **Docket Number:  1:03CR05439-01 OWW**

---

**THE COURT ORDERS:**

X       **The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

☐       **Submit a Request for Modifying the Conditions or Term of Supervision.**

☐       **Submit a Request for Warrant or Summons.**

☐       **Other:**


| **1/18/06** | **/s/Oliver W. Wanger** |
|---|---|
| **Date** | **Name of Judicial Officer** |

cc:     United States Probation
        Stanley A. Boone, Assistant United States Attorney
        Ann Voris, Federal Public Defender's Office

Attachment:  PSR (Sacramento only)