

1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California  93721
   Telephone:  (559) 497-4000
5

JUL 1 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

6

7          IN THE UNITED STATES DISTRICT COURT FOR THE

8               EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )   01:  03-CR-5439 OWW
10                                )
                   Plaintiff,     )
11                                )
        v.                        )
12                                )
   LANCE ALLEN CORFIELD,          )
13                                )
                   Defendant.     )
14                                )
   _____)
15
   UNITED STATES OF AMERICA,      )   01:  06-CR-00240 AWI
16                                )
                   Plaintiff,     )   NOTICE OF RELATED CASES AND
17                                )   ORDER THEREON
        v.                        )
18                                )   ORDER REASSIGNING CASE AND
   LANCE ALLEN CORFIELD,          )   RESETTING STATUS CONFERENCE
19 TROY AARON CORFIELD,           )
   STEPHANIE ROBIN CHANCE and     )
20 KYLE LEE SLOGGETT,             )
                                  )
21                 Defendants.    )
                                  )
22 _____

23
24      Pursuant to Rule 83-123 of the Local Rules of the United States

25 District Court for the Eastern District of California, the United

26 States of America, by and through its undersigned attorneys of

27 record, McGregor W. Scott, United States Attorney for the Eastern

28
                                  1

1 District of California, and STANLEY A. BOONE, Assistant U.S.
2 Attorney, hereby give notices that the above-captioned cases United
3 States v. Lance Allen Corfield, Cr. F-03-5439 OWW, and United States
4 v. Lance Allen Corfield, et al., Cr.F. 06-00240 AWI are related and
5 request assignment to a single judge.

6 The two cases are related in that both cases have a similar
7 defendant, Lance Allen Corfield, who will have a supervised release
8 petition filed in his older case (03-5439) as a result of his
9 conduct charged in the present case (06-00240).  Also, both cases
10 involve the manufacturing of counterfeit United States currency.
11

12 Since United States v. Lance Allen Corfield, Cr. F-03-5439 OWW,
13 has already been assigned to Judge Oliver W. Wanger, the United
14 States hereby requests that  United States v. Lance Allen Corfield,
15 et al., Cr.F. 06-00240 AWI also be assigned to Judge Oliver W.
16 Wanger.

17 For the foregoing reasons, since the above-captioned cases
18 involve the same defendant, their assignment to a single judge will
19 avoid a substantial duplication of labor, will serve the ends of
20 judicial economy and will likely effect a substantial savings of
21 judicial effort.  See Local Rule 83-123(a)(4).  The Government
22 respectfully requests that the Clerk of the District Court notify
23 //
24 //
25 //
26
27
28

2

1  the Judge of the related nature of these cases for the purpose of
2  assignment to the above-referenced single Judge.

3
4                                     Respectfully Submitted,

5                                     McGREGOR W. SCOTT
                                      United States Attorney
6
7  Dated: 7/7/2006            By    /s/ Stanley A. Boone
                                     STANLEY A. BOONE
8                                    Assistant U.S. Attorney

9                              O R D E R
10
       IT IS HEREBY ORDERED that the case of  United States v. Lance
11
   Allen Corfield, et al., CR. F-06-00240 AWI, be assigned to Judge
12
   Oliver W. Wanger. It is further ordered that the status conference
13
   currently set for July 24, 2006 at 9:00 AM before Judge Ishii is
14
15 re-set for July 24, 2006 at 1:30 PM before Judge Wanger.

16
   Dated:   7-14-06
17
                                     OLIVER W. WANGER
18                                   U.S. District Judge
19
20
21
22
23
24
25
26
27
28
                                    3